UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 16-4873-E                                        Date:  November 14, 2017

Title: CHELSY COLANGELO v. HCC LIFE INSURANCE COMPANY, a corporation, et al.

**DOCKET ENTRY**

**PRESENT:**

       HON.  **CHARLES F. EICK, JUDGE**

    STACEY PIERSON                          N/A
**DEPUTY CLERK**                   **COURT REPORTER**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

  None                                            None

**PROCEEDINGS:**    **(IN CHAMBERS)**

       In light of the "Joint Notice of Conditional Settlement," filed August 21, 2017, and the absence of subsequent litigation activity in this case, the case is administratively closed.

    cc:    All Counsel of Record