1  MICHAEL J. BIDART #60582
   RICARDO ECHEVERRIA #166049
2  DANICA CRITTENDEN #273309
   SHERNOFF BIDART
3  ECHEVERRIA BENTLEY LLP
   600 South Indian Hill Boulevard
4  Claremont, California 91711
   Telephone: (909) 621-4935
5  Facsimile: (909) 625-6915

6  Attorneys for Plaintiff and
   Counterdefendant Chelsy Colangelo
7

8  SEDGWICK LLP
   DENNIS G. ROLSTAD State Bar No. 150006
9  dennis.rolstad@sedgwicklaw.com
   ELIZABETH A. TRITTIPO State Bar No. 215622
10 elizabeth.trittipo@sedgwicklaw.com
   333 Bush Street, 30th Floor
11 San Francisco, CA 94104-2834
   Telephone: 415.781.7900
12 Facsimile: 415.781.2635

13 Attorneys for Defendant and
   Counterclaimant HCC LIFE
14 INSURANCE COMPANY, and
   Defendants HCC MEDICAL
15 INSURANCE SERVICES, LLC, and
   TOKIO MARINE HOLDINGS, INC.
16

17          **UNITED STATES DISTRICT COURT**

18    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

19

20 CHELSY COLANGELO, an          CASE NO. 2:16-cv-04873-E
   individual,
21                               **[PROPOSED] ORDER RE
            Plaintiff,           STIPULATED REQUEST FOR
22                               DISMISSAL OF ENTIRE ACTION
        v.                       WITH PREJUDICE AND**
23
   HCC LIFE INSURANCE COMPANY,
24 a corporation; HCC MEDICAL
   INSURANCE SERVICES, LLC, a
25 limited liability company; TOKIO
   MARINE HOLDINGS, INC. (formerly
26 HCC INSURANCE HOLDINGS,
   INC.), a corporation; and DOES 1
27 through 100, inclusive,

28          Defendants.

Sedgwick LLP

1    HCC LIFE INSURANCE COMPANY,
     a corporation,
2
                    Counterclaimant
3
4        v.

5    CHELSY COLANGELO, an
     individual,
6
                    Counterdefendant.
7

8        The above-captioned matter, and all claims for relief therein, is dismissed

9    with prejudice as to all parties in its entirety pursuant to the parties' agreement to

10   resolve the disputed claims.  All parties to bear their own fees and costs.

11   IT IS SO ORDERED.

12

13
     Dated: _12/14/17_              By: _____
14                                       Honorable Charles F. Eick
15                                       United States ~~District Judge~~
16                                       *Magistrate Judge*

17

18

19

20

21

22

23

24

25

26

27

28

85662093v1

[PROPOSED] ORDER RE STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Sedgwick LLP